DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PUMA SE, PUMA INTERNATIONAL SPORTS MARKETING B.V.,** and **PUMA NORTH AMERICA, INC.,**
Appellant,

v.

**SHARA PROCTOR,**
Appellee.

No. 4D2025-3614

[June 25, 2026]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062024CA008574AXXXCE.

Julia M. Wischmeier, Zachary Scott Foster, and Melanie Collette Kalmanson of Quarles & Brady LLP, Tampa, for appellant.

Elizabeth M. Vélez of Lewis Baach Kaufmann Middlemiss, PLLC, New York, New York, and Jason Michael Azzarone of La Cava, Jacobson & Goodis, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***